# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| LESTER JON RUSTON, #26834-177, | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | |
| vs. | ) | 3:04-CV-2568-G (BK) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant/Appellee. | ) | |

## RECOMMENDATION REGARDING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

On October 5, 2010, Plaintiff Lester John Ruston filed a notice of appeal and request to

proceed *in forma pauperis* on appeal, which were automatically referred to the U.S. Magistrate

Judge. Ruston seeks to appeal from the September 22, 2010 order denying his motion to vacate

judgment.

Considering the record in this case, the court should deny Plaintiff's motion for leave to

proceed *in forma pauperis* on appeal, and certify that his appeal is not taken in good faith. *See*

28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3)(A). In support of this finding, the court

should adopt and incorporate by reference the September 22, 2010, order denying Ruston's

motion to vacate judgment. *See Baugh v. Taylor*, 117 F.3d 197, 201-202, n. 21 (5th Cir. 1997).

Since Ruston is civilly committed, the filing fee provisions of the Prisoner Litigation Reform Act do not apply to his appeal. *See Ruston v. Dallas County*, No. 07-10206, slip op. at 1 (5th Cir. Dec. 18, 2007) (unpublished per curiam).[1]

**SIGNED** on October 15, 2010.

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] The U.S. Court of Appeals for the Fifth Circuit recently barred Ruston from filing an original proceeding or notice of appeal in the Fifth Circuit unless he seeks leave to file. *See In re Ruston*, Nos. 10-10638 and 10-10509 (5th Cir. Oct. 6, 2010).